```
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
     Room 7211 Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6607
     Facsimile: (213) 894-0115
     robert.conte@usdoj.gov
```

JS - 6

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMNIK TRIVEDI,<br><br>     Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | No. CV 09-01885 DDP(FFMx)<br><br>JUDGMENT FOR DEFENDANTS |

JUDGMENT

The court, finding that there are no material issues of fact, GRANTS the government's motion for summary judgment,

///

///

///

1 and dismisses plaintiff's complaint with prejudice.
2      Each party to bear their own costs.
3      IT IS SO ORDERED.
4
5 Dated: March 17, 2010
                                    DEAN D. PREGERSON
6                                   United States District Judge

2